

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ammie Lucille Smith,

Vs. No. 11-12-00326-CR

The State of Texas,

\* From the County Court at
  Law No. 2 of Midland County,
  Trial Court No. CR137834.

\* August 7, 2014

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.